In the Matter of the Application of EDWARD L. NORTON et al., as Administrators of the Estate of GEORGE F. GILMAN, Deceased, Respondents, for Leave to Compromise a Claim Against the Estate.

CAROLINE G. REDINGTON, Appellant.

*Matter of Gilman,* 92 App. Div. 462, affirmed.
(Argued April 26, 1904; decided May 3, 1904.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered March 15, 1904, which affirmed an order of the New York County Surrogate's Court permitting the compromise of a claim against the estate of George F. Gilman, deceased.

*Raphael J. Moses* for appellant.

*John J. Crawford, Lincoln McCormack* and *T. S. Ormiston* for respondents.

*Per Curiam.* We approve of the opinion below in so far as it holds that the surrogate had jurisdiction to authorize the administrators to compromise the claim of Hall against the estate. As to the wisdom of authorizing a compromise that involves a discretion of the court below which we have no power to review.

Order affirmed, with costs.

Concur: PARKER, Ch. J., GRAY, BARTLETT, HAIGHT, VANN and WERNER, JJ. Not voting: O'BRIEN, J.